Appeal by the People, as limited by their brief, from so much of an order of the Supreme Court, Kings County (Fisher, J.), dated April 29, 2004, as granted those branches of the defendant's omnibus motion which were to dismiss counts one through six of indictment No. 3515/03, charging the defendant with receiving reward for official misconduct in the second degree, and count three of indictment No. 5332/03, charging the defendant with official misconduct, on the ground that the evidence presented to the grand jury was legally insufficient.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN GRANT, Appellant. [792 NYS2d 921]—Appeal by the defen-

dant from a judgment of the Supreme Court, Westchester County (Molea, J.), rendered September 5, 2003, convicting him of murder in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support convictions of depraved indifference murder (*see* Penal Law § 125.25 [2]; *People v Payne,* 3 NY3d 266 [2004]) and criminal possession of a weapon in the third degree (*see* Penal Law § 265.02 [1]), is not preserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 19 [1995]; *People v Gibbons,* 15 AD3d 196 [2005]; *People v Gutierrez,* 15 AD3d 502 [2005]), and we decline to reach the issue in the exercise of our interest of justice jurisdiction (*see* CPL 470.15 [3] [c]; [6] [a]; *People v Gutierrez, supra*).

Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]; *People v Martin,* 8 AD3d 883 [2004]).

The defendant's remaining contentions either are unpreserved for appellate review or without merit. Schmidt, J.P., Krausman, Crane and Fisher, JJ., concur.